# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (FRESNO)

| | |
|---|---|
| KAREN JONES, | Case No. 1:19-cv-01284-LJO-SKO |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (SECOND REQUEST)** |
| vs. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | **(Doc. 6)** |
| Defendant. | Judge: Lawrence J. O'Neill<br>Ctrm: 4, 7th Floor |
| | Complaint Filed: September 13, 2019 |

The Court is in receipt of the parties' "Joint Stipulation to Extend Time to Respond to Initial Complaint (Second Request)." (Doc. 6.) Pursuant to parties' first "Joint Stipulation to Extend Time to Respond to Initial Complaint" (Doc. 5), Defendant's responsive pleading was due November 4, 2019, the same day on which Defendant filed the present request for extension.

Requests for extension are governed by Rule 144 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules"). Local Rule 144(d) explains that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor." The parties are hereby ADMONISHED that any future requests for extensions of time shall be brought in advance of the required filing date. However, given defense counsel's representation that they were "recently assigned the case" (*see*

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

171932.1

1

Case No. 1:19-cv-01284-LJO-SKO
2nd-JT STIP TO EXTEND TIME TO RESPOND
TO INITIAL COMPL.; ORDER

1 | Doc. 6 at 1), and the fact that Plaintiff consents to the request, the Court GRANTS the parties' request for an extension.

Accordingly, IT IS HEREBY ORDERED that Defendant is granted an extension of time, up to and including November 11, 2019, to file its responsive pleading.

IT IS SO ORDERED.

Dated: **November 4, 2019**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

171932.1

2

Case No. 1:19-cv-01284-LJO-SKO
JT STIP TO EXTEND TIME TO RESPOND TO
INITIAL COMPL. [PROPOSED] ORDER